| | |
|---|---|
| <u>DEFENDANT:</u> | VICTOR ROITER |
| <u>AGE/YOB:</u> | 54/1970 |
| <u>COMPLAINT FILED?</u> | _____ Yes   ___X___ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u> | __ Yes   __X No |
| <u>OFFENSES:</u> | <u>Count 1</u>: 18 U.S.C. § 1349 (conspiracy to commit wire fraud in violation of 18 U.S.C. § 1343 and health care fraud in violation of 18 U.S.C. § 1347)<br><br><u>Count 2</u>: 18 U.S.C. § 371 (conspiracy offer and pay kickbacks and bribes in violation of 42 U.S.C. § 1320a-7b(b) and 18 U.S.C. § 220)<br><br><u>Count 3</u>: 18 U.S.C. § 1956(h) (conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(a)(1)(B)(i)) |
| <u>LOCATION OF OFFENSE:</u> | Boulder County, Colorado, and elsewhere |
| <u>PENALTIES:</u> | <u>Count 1</u>:  NMT 20 years of imprisonment, a fine of NMT $250,000 or twice the gross gain or loss from the offense, or both imprisonment and a fine; 3 years' supervised release; $100 special assessment; restitution.<br><br><u>Count 2</u>: NMT 5 years of imprisonment, a fine of NMT $250,000 or twice the gross gain or loss from the offense, or both imprisonment and a fine; 3 years of supervised release; $100 special assessment; restitution.<br><br><u>Count 3</u>: NMT 20 years of imprisonment, a fine of NMT $250,000 or twice the gross gain or loss from the offense, or both imprisonment and a fine; 3 years' supervised release; $100 special assessment; restitution. |
| <u>AGENTS:</u> | Cory Rumple, Special Agent, HHS-OIG<br>Scott Sandusky, Special Agent, FBI<br>Benjamin Hopping, Special Agent, IRS-CI |

<u>AUTHORIZED BY:</u>   Anna Edgar
                Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

__ five days or less;  _x_  over five days

<u>THE GOVERNMENT</u>

will not seek detention in this case.

The statutory presumption of detention is not applicable to this defendant.