<u>DEFENDANT</u>:     ADAM SHORR

<u>AGE/YOB</u>:     54/1970

<u>COMPLAINT FILED?</u>     _____ Yes   ___X___ No

If Yes, MAGISTRATE CASE NUMBER_____

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?   __ Yes   _X_ No

<u>OFFENSES</u>:     <u>Count 1</u>: 18 U.S.C. § 1349 (conspiracy to commit wire fraud in violation of 18 U.S.C. § 1343 and health care fraud in violation of 18 U.S.C. § 1347)

<u>Count 2</u>: 18 U.S.C. § 371 (conspiracy offer and pay kickbacks and bribes in violation of 42 U.S.C. § 1320a-7b(b) and 18 U.S.C. § 220)

<u>LOCATION OF OFFENSE</u>:     Boulder County, Colorado, and elsewhere

<u>PENALTIES</u>:     <u>Count 1</u>:  NMT 20 years of imprisonment, a fine of NMT $250,000 or twice the gross gain or loss from the offense, or both imprisonment and a fine; 3 years' supervised release; $100 special assessment; restitution.

<u>Count 2</u>: NMT 5 years of imprisonment, a fine of NMT $250,000 or twice the gross gain or loss from the offense, or both imprisonment and a fine; 3 years of supervised release; $100 special assessment; restitution.

<u>AGENTS</u>:     Cory Rumple, Special Agent, HHS-OIG
Scott Sandusky, Special Agent, FBI
Benjamin Hopping, Special Agent, IRS-CI

<u>AUTHORIZED BY</u>:     Anna Edgar
Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

___ five days or less;  _x_  over five days

<u>THE GOVERNMENT</u>

will not seek detention in this case.

The statutory presumption of detention is not applicable to this defendant.