**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 24-cr-251-RMR-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RONALD KING

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW, Dru Nielsen as CJA counsel, of the law firm Nielsen Weisz, LLC, hereby enters her appearance on behalf of the Defendant Ronald King.

Dated: September 4, 2024.

    Respectfully submitted,

    *s/ Dru Nielsen*
    Dru Nielsen
    NIELSEN WEISZ, LLC
    1800 15th Street, Suite 101
    Denver, CO 80202
    Tel: 303.443.0521
    dru@nwlitigation.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2024, I electronically filed the foregoing *NOTICE OF ENTRY OF APPEARANCE* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

*s/ Dru Nielsen*