IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-00251-RMR

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. RONALD KING,
2. VICTOR ROITER,
3. TINA WELLMAN,
4. ADAM SHORR,
5. ROBERT O'SULLIVAN,
6. BRADLEY EDSON, and
7. JOHN GAUTEREAUX,

    Defendants.

**UNOPPOSED MOTION FOR ORDER AUTHORIZING DISCLOSURE OF GRAND JURY INFORMATION**

The United States of America respectfully moves for entry of an order to allow the Government to disclose to the defense certain grand jury materials and information under the conditions specified below.

The Government has conferred with counsel for Defendants King, Wellman, Shorr,[1] O'Sullivan, Edson, and Gautereaux, who do not oppose relief requested. Defendant Victor Roiter

---

[1] The Government has raised with counsel for Defendant Shorr a potential conflict of interest with respect to his representation and will file a motion requesting inquiry regarding this conflict question.

1

has not yet made an appearance and has no counsel of record.

As grounds for the requested relief, the Government states the following:

1. During the investigation of this case, one or more witnesses testified before the grand jury and exhibits were presented as part of that testimony. Additionally, law enforcement agents documented meetings or interviews with certain witnesses related to said testimony in written memoranda.

2. During investigation of the case by law enforcement agents, certain interviews were conducted and audio and/or visually recorded. During these interviews, interview participants referenced service of grand jury subpoenas on these individuals.

3. Federal Rule of Criminal Procedure 6(e), with various exceptions, prohibits the disclosure of a "matter occurring before the grand jury." However, disclosure of grand jury information may be authorized pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, which provides that, "[t]he court may authorize disclosure—at a time, in a manner, and subject to any other conditions that it directs—of a grand-jury matter . . . preliminarily to or in connection with a judicial proceeding . . . ."

4. This case is a "judicial proceeding," and the requested disclosure is "in connection with" the proceeding. The government requests authority to provide the grand jury materials and information referenced herein to defense counsel during the course of discovery—as a part of its general discovery disclosures, or in future, if appropriate, pursuant to 18 U.S.C. § 3500. The United States may do so only with the Court's approval.

5. Because any grand jury matters remain secret pursuant to Rule 6(e), the government asks that the disclosure of the grand jury materials only be allowed for purposes of

defending this case; that such material shall not be reproduced or disseminated; and that such material be destroyed or returned to the United States at the end of this case.

THEREFORE, the government requests that the Court enter an order pursuant to Rule 6(e)(3)(E)(i) authorizing the disclosure of copies of grand jury transcripts of witness testimony in this case, with accompanying exhibits, memoranda related to such testimony, and certain recorded references to grand jury subpoenas, to the attorney for the defendant on the conditions described above.

Respectfully submitted this 11th day of September, 2024.

                        MATTHEW T. KIRSCH
                        United States Attorney

                        By: */s/ Anna K. Edgar*
                        Anna K. Edgar
                        Assistant United States Attorney
                        United States Attorney's Office
                        1801 California Street, Suite 1600
                        Denver, Colorado 80202
                        Telephone: (303) 454-0100
                        Fax: (303) 454-0409
                        E-mail: Anna.Edgar@usdoj.gov
                        Attorney for the United States

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2024, I electronically filed the foregoing **UNOPPOSED MOTION FOR ORDER AUTHORIZING DISCLOSURE OF GRAND JURY INFORMATION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

 */s/ Amy McDaniel*_____
 Amy McDaniel
 Legal Assistant