## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-CR-00251-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RONALD KING,
2. VICTOR ROITER,
3. TINA WELLMAN,
4. ADAM SHORR,
5. ROBERT O'SULLIVAN,
6. BRADLEY EDSON, and
7. JOHN GAUTEREAUX,

    Defendants.

---

### PROPOSED ORDER AUTHORIZING DISCLOSURE OF GRAND JURY INFORMATION

---

    THIS MATTER comes before the Court on the Government's Unopposed Motion for Order Authorizing Disclosure of Grand Jury Information, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i).

    HAVING REVIEWED the Motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore:

    ORDERED that the Government's Motion is granted, and that the grand jury materials and information identified may be disclosed to the defendants and their counsel in the course of discovery in this case.

It is further ORDERED that such materials shall only be used by the defense in this case; that such material shall not be reproduced or disseminated; and that, except for any information that must be maintained pursuant to defense counsel's professional legal obligations, such materials shall be destroyed or returned to the United States at the end of the case.

Dated this ___ day of September, 2024.

BY THE COURT:

_____
HONORABLE REGINA M. RODRIGUEZ
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO