## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-00251-RMR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. RONALD KING,
2. VICTOR ROITER,
3. TINA WELLMAN,
4. ADAM SHORR,
5. ROBERT O'SULLIVAN,
6. BRADLEY EDSON, and
7. JOHN GAUTEREAUX,

      Defendants.

---

## MOTION FOR PROTECTIVE ORDER

---

Pursuant to Federal Rule of Criminal Procedure 16(d)(1), the United States respectfully moves for entry of a protective order governing the disclosure and handling of discovery containing personal identifying information and individually identifiable health information produced in this case. In support of this motion, the Government states as follows:

    1.    The Indictment charges conspiracies to engage in fraud, to offer and pay kickbacks and bribes, and to commit money laundering. The charges pertain to fraudulent claims for, and payment of kickbacks related to, genetic testing of Medicare, Colorado Medicaid, and other insurance beneficiaries.

    2.    Discovery in this case is voluminous, and many records contain confidential protected health information and personal identifying information. This sensitive data includes

beneficiaries' personal medical records, identification numbers (including, e.g., Medicare identification numbers), and contact information such as phone numbers and addresses. The discovery also contains the personal financial data of the defendants and other witnesses, including bank account numbers. The United States seeks to protect this information from misuse and proposes the attached Protective Order to limit and otherwise govern disclosure and use of this sensitive information.

3. Redaction of this information is impracticable because it would prevent disclosure of information relevant to the case and would unnecessarily complicate the review of discovery. Additionally, due to the number of documents that contain confidential or sensitive information and the number of places within those documents that such information appears, it is not feasible to redact each instance of such information.

4. Undersigned counsel has conferred with counsel for Defendants King, Wellman, Shorr,[1] O'Sullivan, Edson, and Gautereaux, who represent that said Defendants do not object to the proposed order. Defendant Victor Roiter has not yet made an appearance and has no counsel of record.

WHEREFORE, the Government requests entry of an order implementing the procedures set forth in the attached proposed protective order.

---

[1] The government has raised with counsel for Defendant Shorr a potential conflict with his representation of Defendant Shorr and will file a motion requesting inquiry regarding this conflict question.

Respectfully submitted this 11th day of September, 2024.

        MATTEW T. KIRSCH
        Acting United States Attorney

        By: */s/ Anna K. Edgar*
        Anna K. Edgar
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Fax: (303) 454-0409
        E-mail: Anna.Edgar@usdoj.gov
        Attorney for the United States

## CERTIFICATE OF SERVICE

       I hereby certify that on this 11th day of September, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                   By: */s/ Amy McDaniel*
                                                   Legal Assistant
                                                   United States Attorney's Office