IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-00251-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RONALD KING,
2. VICTOR ROITER,
3. TINA WELLMAN,
4. ADAM SHORR,
5. ROBERT O'SULLIVAN,
6. BRADLEY EDSON, and
7. JOHN GAUTEREAUX,

    Defendants.

## GOVERNMENT'S MOTION TO RESTRICT DOCUMENTS

The United States respectfully moves to restrict Document # 107, filed today in this case, any order resulting from said document, and the Brief in Support of this Motion (filed today but subsequent to this motion), for the reasons stated in the Brief.

The United States requests a "Level 1" restriction, which would make the documents available only to the parties and Court.

//

//

1

Respectfully submitted this 31st day of October, 2024.

        MATTHEW T. KIRSCH
        Acting United States Attorney

        By: */s/ Anna K. Edgar*
        Anna K. Edgar
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Fax: (303) 454-0409
        E-mail: Anna.Edgar@usdoj.gov
        Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: */s/ Amy McDaniel*
Amy McDaniel
Legal Assistant