## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-00251-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RONALD KING,
2. VICTOR ROITER,
3. TINA WELLMAN,
4. ADAM SHORR,
5. ROBERT O'SULLIVAN,
6. BRADLEY EDSON, and
7. JOHN GAUTEREAUX,

    Defendants.

## ORDER TO RESTRICT DOCUMENTS

    This matter is before the Court on the Government's Motion to Restrict Documents. Upon consideration and for good cause shown,

    IT IS ORDERED that Document # 107, any order resulting from said document, and the Brief in Support of the Motion to Restrict, are hereby restricted until further order by the Court.

    IT IS ORDERED that said documents are hereby filed at a "Level 1 Restriction" and will be "viewable by case parties & court" only.

IT IS SO ORDERED on this ___ day of _____, 2024.

BY THE COURT:

_____

Hon. Regina M. Rodriguez
United States District Judge