**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 24-cr-251-RMR-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RONALD KING

      Defendant.

---

**UNOPPOSED MOTION TO WAIVE APPEARANCE AT THE STATUS CONFERENCE**

---

      Mr. Ronald King, through counsel Dru Nielsen, respectfully moves this Court for the entry of an Order waiving his appearance for the Status Conference set on November 22, 2024.  As grounds, Mr. King asserts the following:

1.  Mr. King is on bond in this case and resides out of state.  He is in compliance with the conditions of his release.

2.  Undersigned counsel has conferred with AUSA Anna Edgar about this Motion. The Government does not oppose the waiver of Mr. King's appearance at the Status Conference.

3.  Federal Rule of Criminal Procedure 43(b)(3) provides that a defendant need not be present when the proceeding "involves only a conference or hearing on a question of law."  Mr. King is requesting to waive his appearance for a status conference.

4.  Undersigned counsel will appear at the Status Conference on behalf of Mr. King.

Dated:   October 31, 2024

Respectfully submitted,

*s/ Dru Nielsen*

Dru Nielsen
1800 15th Street, Suite 101
Denver, CO 80202
Tel:  303.443.0521