## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-00251-RMR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. RONALD KING,
2. VICTOR ROITER,
3. TINA WELLMAN,
4. ADAM SHORR,
5. ROBERT O'SULLIVAN,
6. BRADLEY EDSON, and
7. JOHN GAUTEREAUX,

      Defendants.

---

### UNOPPOSED MOTION FOR PROTECTIVE ORDER REGARDING CONFIDENTIAL INVESTIGATIVE INFORMATION

---

Pursuant to Federal Rule of Criminal Procedure 16(d)(1), the United States respectfully moves for entry of a protective order governing the disclosure and handling of discovery containing confidential investigative information. In support of this motion, the Government states as follows:

1. The Government will disclose in discovery in this case memoranda of interviews of a cooperating witness whose identity cannot be publicly disclosed at this time for sensitive law enforcement reasons.

2. There is no reason the information needs to be publicly disclosed, and the information is limited in volume, such that it will not impose an undue burden on defendants.

Moreover, there is no other means to protect the information. This is not the type of information that can be redacted.

3. The government anticipates that the need to protect the information will not continue indefinitely, and when the heightened protections in the requested order are no longer necessary, the Government will so inform defendants, as provided in the proposed order.

4. Undersigned counsel has conferred with counsel for Defendants King, Wellman, Shorr, O'Sullivan, Edson, and Gautereaux, who represent that said Defendants do not object to the proposed order.

WHEREFORE, the Government requests entry of the attached proposed protective order.

Respectfully submitted this 13th day of January, 2025.

MATTEW T. KIRSCH
United States Attorney

By: */s/ Anna K. Edgar*
Anna K. Edgar
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0409
E-mail: Anna.Edgar@usdoj.gov
Attorney for the United States

CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of January, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      By: */s/ Amy McDaniel*
      Legal Assistant
      United States Attorney's Office