IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-251-RMR-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RONALD KING

    Defendant.

## FORTHWITH UNOPPOSED MOTION TO TRAVEL

Mr. Ronald King, through undersigned CJA counsel, respectfully requests permission to travel to meet with his attorney in person. As grounds, Mr. King asserts the following:

Counsel for Mr. King is going to be on the east coast next week for an unrelated matter. Mr. King resides about five hours (by car) away from where undersigned counsel will be. Mr. King and undersigned counsel would like to meet in person while counsel is relatively close to Mr. King's residence.

Undersigned counsel has discussed this request with AUSA Anna Edgar. Undersigned counsel has provided Ms. Edgar the specifics of where she will be in and when. Ms. Edgar indicated that the government does not oppose the motion to travel so long as the specific travel dates are limited only to what is necessary for the proposed attorney meeting. Additionally, the government reasonably requests that Mr. King provide the full itinerary and contact information for the trip to his Probation Officer. If this Motion is granted, Mr. King will certainly provide that information to his Probation Officer.

As for the dates, undersigned counsel's availability is that she could meet with Mr. King from 8:00 am to noon on September 16, 2025. So, Mr. King requests

permission to drive from his home directly to the city where undersigned counsel will be on the evening of September 15, 2025.  He proposes to get a hotel near undersigned counsel the night of September 15, 2025, so that he can meet with Ms. Nielsen at 8:00 am on September 16, 2025.  Mr. King would then drive directly back home on September 16, 2025 after meeting with undersigned counsel.

Dated:   September 10, 2025

                                             Respectfully submitted,

                                             *s/ Dru Nielsen*
                                             Dru Nielsen
                                             NIELSEN WEISZ, LLC
                                             1800 15th Street, Suite 101
                                             Denver, CO 80202
                                             Tel:  303.443.0521
                                             dru@nwlitigation.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2025, I electronically filed the foregoing *FORTHWITH UNOPPOSED MOTION TO TRAVEL* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

*s/ Dru Nielsen*