IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 1:24-cr-00251-RMR-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD KING,

    Defendant.

---

### ORDER GRANTING UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

**Susan Prose, United States Magistrate Judge**

    This case is before the court upon Defendant Ronald King's Forthwith Unopposed Motion to Travel, ECF No. 169 ("Motion"), after it was referred by District Judge Regina M. Rodriguez, ECF No. 170. Defendant is currently out on bond awaiting trial and subject to conditions of release set by this court. ECF Nos. 43, 44. Relevant here, these conditions limit his travel. ECF No. 44.

    Defendant seeks the court's permission to travel to meet with his attorney in person, driving from his home directly to the city where his counsel will be on the evening of September 15, 2025, staying in a hotel that night, meeting from 8:00 a.m. to noon on September 16, 2025, and driving directly back home thereafter. Motion at 1-2. The Government does not oppose Defendant's request, so long as the specific travel dates are limited only to what is necessary for the proposed attorney meeting and Defendant provides the full itinerary and contact information to his Probation Officer. *Id*. Defendant indicates that he is willing to comply with this condition.

*Id*.

For good cause, the court GRANTS the Motion. Defendant is allowed to travel as requested on September 15 and 16, 2025. Defendant shall provide his pretrial services officer with his full itinerary, contact information, and all other information required by the supervising officer. Defendant otherwise remains subject to the conditions of his pretrial release on bond. ECF Nos. 43, 44.

DATED: September 10, 2025

BY THE COURT:

_____
Susan Prose
United States Magistrate Judge