## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-251-RMR-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RONALD KING

    Defendant.

## UNOPPOSED MOTION TO TRAVEL

    Mr. Ronald King, through undersigned CJA counsel, respectfully requests permission to travel to travel to Denver to meet with his attorney.  As grounds, Mr. King asserts the following:

    Mr. King resides in Maine.  He is requesting to travel to Denver meet with his attorney from October 29-30, 2025.  The Government does not oppose this request.

    If this Motion is granted, Mr. King will provide his travel itinerary to his probation officer.

Dated:   October 23, 2025

        Respectfully submitted,

        *s/ Dru Nielsen*
        Dru Nielsen
        NIELSEN WEISZ, LLC
        1800 15th Street, Suite 101
        Denver, CO 80202
        Tel:  303.443.0521
        dru@nwlitigation.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2025, I electronically filed the foregoing *UNOPPOSED MOTION TO TRAVEL* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

_s/ Stacey Hauhuth_